**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2155

ORLANDO IRA BROWN,

　　　　　Plaintiff - Appellant,

　　　v.

SOUTH CAROLINA, STATE OF,

　　　　　Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Margaret B. Seymour, Senior District Judge. (3:13-cv-02983-MBS)

Submitted: January 15, 2015　　　Decided: January 20, 2015

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Orlando Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Brown appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing without prejudice his discrimination complaint against the State of South Carolina as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. South Carolina, No. 3:13-cv-02983-MBS (D.S.C. Sept. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED